MAXON R. DAVIS
DEVON M. CONROY
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, MT 59403-2103
Telephone: 406-761-5243
Facsimile: 406-761-4126
max.davis@dhhtlaw.com
devon.conroy@dhhtlaw.com
*Attorneys for Forge Truck Centers LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

:::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| ROADARMEL CONSTRUCTION INC. and JACK ROADARMEL,<br><br>Plaintiffs,<br>-vs-<br><br>IL TRUCK GROUP, LLC, now known as FORGE TRUCK CENTERS LLC, and JOHN DOES 1-X,<br><br>Defendants. | CAUSE NO. CV-24-38-BU-BMM<br><br>**NOTICE OF REMOVAL** |

:::::::::::::::::::::::::::::::::::::::::::::::::::::

Defendant, IL Truck Group LLC, now known as Forge Truck Centers LLC ("Forge"), by its undersigned attorneys, hereby gives notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, to the United States District Court for the District of Montana, Butte Division.

## NATURE OF THE ACTION

1. On or about April 26, 2024, Plaintiffs Roadarmel Construction Inc., and Jack Roadarmel, a Montana corporation and a citizen of the State of Montana, respectively, filed a lawsuit in the Eighteenth Judicial District Court of Montana, Gallatin County, Cause No. DV-16-2024-0000443-BC. (*See* Complaint, attached as Ex. 1). In the Complaint, Plaintiffs assert claims against Forge, an Illinois business entity (Ex. 1, ¶ 3) with its principal place of business in Hinckley, Illinois.

2. Plaintiffs purchased a Mack truck from Forge on or about February 8, 2024, for $149,700. (Ex. 1, ¶ 17). The parties arranged the shipment of the truck from Illinois to Three Forks, Montana, where Plaintiffs' business is located. (Ex. 1, ¶ 20).

3. Plaintiffs allege Forge agents/employees made certain assurances regarding the condition of the truck prior to the sale. Plaintiffs further allege that, upon inspection of the truck when it arrived in Montana, certain defects were found that contradicted Forge's assurances. (Ex. 1, at ¶¶ 21-22).

4. Plaintiffs demanded that they be able to return the truck to Forge for a full refund. Plaintiffs allege Forge refused to accept Plaintiffs terms. (Ex. 1, at ¶¶ 23-24).

## THIS COURT HAS SUBJECT-MATTER JURISDICTION

5. The Court has subject-matter jurisdiction over this case pursuant to 28

U.S.C. §§ 1332 and 1441 because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

6. Plaintiffs do not dispute Forge is an Illinois business entity. While Forge does business online and ships vehicles around the country, its principal place of business is in Illinois; Forge is an Illinois citizen for diversity purposes. As Plaintiffs admit Montana citizenship (Ex. 1, at ¶¶ 1-2), the parties meet the diversity requirement for federal subject matter jurisdiction.

7. The amount-in-controversy requirement for diversity jurisdiction is satisfied because it is clear from Plaintiffs' Complaint that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Plaintiffs state that the amount of money exchanged pursuant to the contract in question is $149,700 and that "plaintiff . . . is entitled to be placed in its position prior to entering into said contract, without limitation, in addition to other damages." (Ex. 1, ¶ 39). As such, the amount in controversy is at least $149,700.

**ALL REMOVAL PROCEDURES HAVE BEEN COMPLIED WITH**

8. Forge received a copy of the Complaint in the mail on May 6, 2024. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

9. The Eighteenth Judicial District Court of Montana, Gallatin County is located within the District of Montana for removal purposes. *See* 28 U.S.C. §

1441(a). Local Rule 2(c)(2) places Gallatin County in the Butte Division for the District of Montana. Therefore, venue for this action is proper in this Court.

10. Finally, Forge – the only defendant – is not a citizen of the State of Montana, the State where this action was brought. *See* 28 U.S.C. § 1441(b).

WHEREFORE, Forge gives notice that the matter bearing Cause No. DV-16-2024-0000443-BC in the Eighteenth Judicial District Court of Montana, Gallatin County, is hereby removed to the United States District Court for the District of Montana – Butte Division, and requests that this Court retain jurisdiction for all further proceedings in this matter.

DATED this 30th day of May, 2024.

DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.

By /s/ Devon M. Conroy

Devon M. Conroy
P.O. Box 2103
Great Falls, Montana 59403-2103
*Attorneys for Forge Truck Centers LLC*