# Judge Andrew J. Breuner
# Department 4



Terry F. Schaplow, P.C.
3825 Valley Commons Drive, Suite 1
Bozeman, MT 59718
Phone: (406) 587-2767
Attorney for plaintiff Roadarmel Construction Inc., Jack Roadarmel

**MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT, GALLATIN COUNTY**

| | |
|---|---|
| ROADARMEL CONSTRUCTION INC., and JACK ROADARMEL<br><br>Plaintiffs,<br>And<br><br>IL TRUCK GROUP, LLC., now known as Forge Truck Centers LLC., JOHN DOES 1-X<br>Defendants. | Cause No. DV-16-2024-0000443-BC<br><br>SUMMONS |

The State of Montana to the above-named defendant. IL Truck Group LLC. registered agent: Donald Piorek, 17170 US 30, Hinckley, IL 60520.

YOU ARE HEREBY SUMMONED to answer the Complaint in this action, which is filed in the above-entitled Court, a copy of which is served upon you, and to file your written answer with the above-entitled Court and serve a copy thereof upon the Plaintiffs within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Complaint.

WITNESS my hand and Seal of this Court this 26th day of April, 2024.

EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN CO. MONTANA ★ DISTRICT COURT
SEAL

Sandy Erhardt
Clerk of Court

By: Donald O. [signature]
Deputy Clerk