MAXON R. DAVIS
DEVON M. CONROY
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, MT 59403-2103
Telephone: 406-761-5243
Facsimile: 406-761-4126
max.davis@dhhtlaw.com
devon.conroy@dhhtlaw.com
*Attorneys for Forge Truck Centers LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| ROADARMEL CONSTRUCTION INC. and JACK ROADARMEL,<br><br>Plaintiffs,<br>-vs-<br><br>IL TRUCK GROUP, LLC, now known as FORGE TRUCK CENTERS LLC, and JOHN DOES 1-X,<br><br>Defendants. | CAUSE NO. 2:24-cv-00038-BMM<br><br>**DISCLOSURE STATEMENT and NOTICE OF INTERESTED PARTIES – FORGE TRUCK CENTERS LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 Defendant FORGE TRUCK CENTERS LLC (Forge), submits this Disclosure Statement and Notice of Interested Parties.

Forge is a limited liability company organized under the laws of the State of

Illinois. Forge is a wholly owned subsidiary of Globe Group LLC (Globe Group), a limited liability company organized under the laws of the State of Delaware. Globe Group is owned by another LLC organized under the laws of the State of Delaware, which in turn is owned by two individuals who are both Illinois residents.

DATED this 6th day of June 2024.

DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.

By /s/ Devon M. Conroy

Devon M. Conroy
Maxon R. Davis
P.O. Box 2103
Great Falls, Montana 59403-2103
*Attorneys for Forge Truck Centers LLC*