IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROADARMEL CONSTRUCTION, INC. And JACK ROADARMEL,<br><br>Plaintiff,<br><br>v.<br><br>IL TRUCK GROUP, LLC, now known as FORGE TRUCK CENTERS, LLC, and JOHN DOES 1-X,<br><br>Defendants. | CV-24-38-BU-BMM<br><br>**ORDER** |

 Upon the Stipulation for Dismissal with Prejudice (Doc. 22) and with good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party will bear their own fees and costs.

 DATED this 23rd day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

-1-